IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GEORGE V. SMITH AND MATHERLYN D. SMITH,

    Appellants,

v.

    Case No.  5D22-1558
    LT Case No. 2018-CA-001323

ALAN'S ROOFING, INC.,

    Appellee.

_____/

Decision filed May 23, 2023

Appeal from the Circuit Court
for Seminole County,
Susan Stacy, Judge.

George V. Smith, Altamonte
Springs, pro se.

Matherlyn D. Smith, Altamonte
Springs, pro se.

Raphael D. Rashkin, of Rashkin
Law, PLLC, Tampa, and Zachary A.
Karber, of Karber, P.A., Tampa, for
Appellee.


PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.